

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

Case 02-3-02526-7

Ronald James Edwards
(Name of Plaintiff)

CS-03-0361-CI

vs.

R. Bryan Geissler P.S.

CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983

_____

_____

_____

(Names of ALL Defendants)

I. Previous Lawsuits:

    A. Have you brought any other lawsuits in any federal court in the United States while a prisoner?:  ☐ Yes  ☒ No

    B. If your answer to A is yes, how many?: _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

       1. Parties to this previous lawsuit:

Plaintiff _____

Defendants _____

_____

RECEIVED
OCT 16 2003
CLERK, US DISTRICT COURT
SPOKANE, WASHINGTON

2. Court (give name of District) **Spokane County**

3. Docket Number **02-3-02526-7**

4. Name of judge to whom case was assigned **Neal Q Relley**

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?) **Appealed**

6. Approximate date of filing lawsuit **May 19, 2003**

7. Approximate date of disposition _____

II. Place of Present Confinement: **Spokane County Jail**

   A. Is there a prisoner grievance procedure available at this institution?   ☒ Yes   ☐ No

   B. Have you filed any grievances concerning the facts relating to this complaint?
      ☐ Yes   ☒ No
      If your answer is NO, explain why not **None Know**

   C. Is the grievance process completed?   ☐ Yes   ☒ No

   D. Have you sought other informal or formal relief from the proper administrative officials regarding the acts alleged in this complaint?   ☐ Yes   ☒ No
      If your answer is NO, explain why not **None Know except for Appeal**

III. Parties to this Complaint

   A. Name of Plaintiff: **Donald James Edwards**   Inmate No.: **15145**
      Address: **915 N. Christensen Rd. Medical Lake 99022**

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

B. Defendant R. Bryan Geissier ; official position Attorney
place of employment 505 N. University Ste 3 Spokane WA. 99206

C. Additional Defendants (NOTE: these Defendants must be listed in the caption of the complaint) _____

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places, and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

R. Bryan Geissier Falsified papers to show value of house lesser then an update Apprasial on home used Apprasial from 1997, erased names and dates from, Note, Filed restruing order on me while I was in Jail for dirty U.A. Test lied on papers that Wife and I were seprated (Aug 2001) wife and I never Seperated. Wife Committed Adultuary with Darrell Hoots then filed for divorce in Nov 8, 2002 Wife & Darrell filed number of Complaints to S.P.D. against me for there wrong doing & Wife filed False incometax papers to give to Judge, lock me out of my house, lock me out of my shop, Keep me from being able to work, locked my tools away from me, for over a year now

These are the people that created all these legal problems on me. These people lied to the Judge so they could get what they wanted, lied about me being angry towards her so they could get restraining order. At no time has there been a crime commited in these matters. These people have taken it upon them selfs to distroy me for there selves needs I went to Pheonix AZ. to get away from these people to sister & Brother in laws house who is a Detective in Pheonix AZ. who talk me into coming back to turn my self in for a show cause

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Want wife out of my house want restraining orders dropped I want my home back, my shop back, and my tools and Auks back. Darrell Hoots in Jail for stalking Aug to Sept of 2002 on me and my wife.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 8 day of Sept , 2003

_(Signature of Plaintiff)_

I do not have any copys of Phone records Mark Lindsey or Jeff Compton has copys, and did have them during trial.

I wrote Verizon wireless for notorize copys of records and have not heard from them. Phone records are very important in this, they show where I was when I was and who I was talking to at times these calls were made on my Caller Id at home. David Busch may have a copy of them now.

My Sister & Brother in law are to be in town Oct 1 utill ? how long you may be able to talk to them while they are here.

Ken & Janice Blume should be at Brother Rodger house Phone # 244-1675

RECEIVED
OCT 16 2003
CLERK, US DISTRICT COURT
SPOKANE, WASHINGTON

Judge Schroder gave Mark Lindsey extension for back log on Legal Cases because he had 17 whitness to interview. This violated my rights because of only illness with the Judge - Procution or whitness can he only have and extension. Back log on Legal Cases is not accepted. Also would not allow Cell phone records in as edivance which was major part of this Case. Phone records proves I'am not Guilty and that two Police officers testify in Court that my cell phone number came up on Caller Id. My Phone records proves that they didn't. I never made calls. The two Officers Commited pujury.
Appeal Attorney is David N. Gasch
Gash Law Office
P.O. Box 30339
Spokane, WA. 99223-3005

Judge Tari Eitzen

Would not allow me to inter phone record rather and would not allow me to fire Attorney Jeff Compton. Told me I was stulling for time, Jeff Compton was not doing his Job. My Sister and Borerother in law were going to be here from Phoenix Oct 1 abouts for couple weeks or so.

To help you understand what you have here.

Sept. 18, 2002 I ended up with a dirty U.A. test and found myself in Jail.

Aug 7, 2002 went on E.M. Elect Monitoring. Was working on my Son 68 Olds restoring it. Call the guy name Darrell Hoots up that I understand that did upholstery work. He came over to my place to look at car and gave my son & I an estamate for the upholstery work to be done.

About everyother day this guy would show up or call. After that, My shop is in back yard of my house. I had seen this van late a night 1200 midnight to 300 am. driving through our alley. Later found out it was this Darrell Hoots stalking us.

Sept 18, 2002 end in Jail on Dirty U.A. Test after about two weeks I call my wife. And she told me she didn't love me anymore and she Commited Adultry with this guy Darrell Hoots, Nov 8 she filed for divorce, Dec 7, got out of Jail, had another show cause from 1997 after doing all my programs, her attorney filed restraing order on me said I was threating her, and violiant towards her, this is not true I was in Jail, And I was hurt very deep in my heart.

②

I wrote several letters to her and told her that I could forgive her and even had a friend name Wayne Johnson send her flowers and a card for me while I was in Jail. Wayne's # is 276-1351 Deer Park. Just to let her know I would forgive her for her mistake.

I'm very forgiving.

Will this Darrell turn her against me. We had a 34 year relationship. I broke the restraining order once and then they kept getting me into trouble, so I left to my sisters in Pheonix AZ. to get away from them. She didn't know where I was and she got scared kept calling police and making reports. This was Jan 2003 when I left and had this Show Cause Feb 4, that I didn't make it to. My Brother in law who is a Detective in Pheniox told me I should come back and get this Misterminour clean up get divorce taken care of and then come back. So I came back in April 21st turn my self in to Spokane County Jail and found my self in one hell of a Mess. As you review this you will see how the procutions & Judges Just taking advantages of D.V. laws, I never made these calls and my Phone records proves it. I hope this helps in your Review of this Mess.

③

In this packet there are 5 USM-285 Forms for Case # 03-1-01331-6. Two are not Completed because of not knowing the proper names of the two police officers that Commited perjury.

David N. Gusch, Gusch Law Office P.O. Box 30339 Spokane, Wa. 99223-3005 is Appeal Attorney on this Case he said he should have transcript by Nov. 1, 2003 which has all the information on the officers. Or may you may have better luck than I to get names from Jeff Compton or Mark Lindsey.

Also enclosed are Case # M 139411 Are Two USM-285 Forms for Judge Richard White and Lynden Smithson.

And One USM-285 Form for R. Bryan Geissier P.S. N. 205 University Suite 3 Spokane Wash. 99206

Also Copy Motion and order for Continuance from Annette Plese on Show Cause Dated 6/24/03 9 A.M. to 8/4/03 9 A.M. which Richard White and Lynden Smithson removed from Judge Annette Plese's Docket so Mark Lindsey etron Could have his neo orders for his Stalking Case to send me to prison. This was done without motion for change of Judge. There was never any dates given except restraing order violation and dates on phone calls.

Case # 03-1-01331-6 (4)

The Spokane County Public Defenders office, because of believe of a violation of RPC 3.1(d) and RPC 3.4(e) has disqualified themselfs from Case of (Ronnies James Edwards #13143) Case # 03-1-02559-4 of a potential Conflict of interest. Attorney David A Carter WSBA #13799. Ordered by Judge Cozza, Sept 12,

I have been on the Public Defenders to release me information on two Spokane County Police officers that did commit pujury in testomony in Case #03-1-01331-6 From my notes from the trial, I am only able to guess there names which are (Female Officers) are Lydia Gorman and Michelle Madsen and (Male Officers) Jeffery Mccollough and Paul Watson, It was One Female and One Male Officers (two) of the four named.

Case # 03-1-01331-6 Public Defender Jeffrey Compton WSBA # 24082 and Prosecutor Mark Lindsey WSBA # 18272 and Judge Tari Eitzen. Did wellingly and knowenly allow the testemoneys to continiew, of these two officers. My Phone Records which they refused me in a 3.5 hearing to enter as edevance and Judge Eitzen refused me to be able to fire Attorney Jeff Compton, before trial Started.

Detective Janell Pogachar! filed Stalking harrassment and threating to kill charges with out any atempt to contact me in any way she had phone numbers and address she could have very easely got in contact with me, to try and see if this could be resaluced in any way

Witness List                              Case 03-1-01331-6    ⑤

1. Officers Ron Voeller
2.    "       "    Jason Ubenuaga
3.    "       "    Jeffrey McCollough
4.    "       "    Gordon Ennis
5.    "       "    Lydia Gorman
6.    "       "    Brian Eckensley
7.    "       "    Stephen Arrendo
8.    "       "    Michelle Madsen
9.    "       "    Paul Watson
10. Detective   Janell Pogachar

11. Cindy Edwards
12. Daryl Hoots
13. Dawn Schenski
14. Melissa Chandler
15. Brandon Edwards
16. Jeremy Orton
17. Jeremy Orton Girl friends name not listed to me.

# DISTRICT COURT OF SPOKANE COUNTY, WASHINGTON

☐ STATE OF WASHINGTON,  )
☒ CITY OF SPOKANE,  )
　　　　　　　　Plaintiff,  )
vs.  )
Ronald J. Edwards  )
　　　　　　　　Defendant.  )

District Court complies with Americans with Disabilities Act (ADA). Persons with disabilities that would require accommodation should call the Court (509) 477-3661, TDD available.

Case No. M13941

**MOTION AND ORDER FOR CONTINUANCE**

☐ Notice to Plaintiff　　☐ Notice to Defendant　　Date of Notice　/　/

The applicant makes the following Motion for Continuance or Delayed Setting of:
☐ Arraignment　☐ Pre-Trial　☐ Trial　☒ Other (specify) S/C
From 6/24/03　9 (AM)/PM　To 8/4/03　9 (AM)/PM　for the reason below:
*(DATE TO BE SET BY CLERK'S OFFICE)*

**A. MOTION BY PROSECUTOR**
☐ The defendant expressly consents to a continuance or delay and good cause is shown below.
☐ The prosecutor's evidence is presently unavailable, the prosecutor has exercised **due diligence** shown below.
☐ Other reasons, constituting Good Cause/Due Diligence: _____

**B. MOTION BY DEFENDANT** (Reason to be fully explained in the space provided below)
☐ Defendant failed to timely employ or contact attorney for adequate trial preparation.
☐ Conflict with another court case (list name of case, no. and court)
☐ Defendant's attorney unavailable.
☒ Other reasons, constituting Good Cause: Follow Pending Trial

Number of prior continuances: Prosecutor ____　Defense ____
Custody status: ☐ Jail　☐ Bail　☐ PR
Date of 1st Appearance
_____ 16505　　Tony Tony — 16504
Order agreed to by Non-Moving Party　　Applicant

**ORDER**
☐ Denied
☒ Granted - The Court finds that good cause is shown and the above-entitled case is set and/or continued as entered above.

6/24/03
Date　　　Judge

COURT FILE (ORIGINAL); COPIES: PROSECUTOR, DEFENSE　　FORM NO. 1501 REV 10/00